IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-51226
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDGAR VALENZUELA-GOMEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-81-ALL-DB
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Edgar Valenzuela-Gomez has moved
for leave to withdraw and has filed a brief pursuant to Anders v.
California, 386 U.S. 738 (1967).  Valenzuela has received a copy
of counsel's motion and brief, but he has not filed a
pro se brief of his own.  Our review of the brief filed by
counsel and of the record discloses no nonfrivolous issue for
appeal.  Accordingly, the motion for leave to withdraw is

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.